12-28-20
4:08:29
PM
#

Clerk of the court

Hello my name is Guy Evans #57228-039. Case No. (2:18-cr-20826-2,) I got a appointment of the Federal community Defender of the Eastern District of Michigan - If my legal counsel is Lillian F. Dialla I'm Requesting for a new legal counsel please I been calling and sending her letter about my problem she will not response to me at all.

*Guy Evans #57228-039
Date 12-28-20

Guy Evans
NAME
#57228-039
REG. NO.
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

1-6-21

METROPLEX MI 480
6 JAN 2021 PM 10 L

RECEIVED
JAN 14 2021
CLERK'S OFFICE
U.S. DISTRICT COURT
DETROIT

Clerk of the Court
Theodore Levin United States Courthouse
231 West Lafayette Boulevard
Detroit, Michigan 48226

48226-277758