| PROB 12C-2 (Rev. 08/18) | **VIOLATION REPORT** Emergency Warrant Request | | U. S. Probation Office Eastern District of Michigan | PACTS 5900053 | DATE 06/14/2024 |
|---|---|---|---|---|---|
| **NAME** EVANS, Guy Jerome | | **OFFICER** Kyle Cordova | **JUDGE** George Caram Steeh II | | **DOCKET #** 2:18CR20826-002 |

| ORIGINAL SENTENCE DATE 10/28/2019 | SUPERVISION TYPE Supervised Release | CRIMINAL HISTORY CATEGORY IV | TOTAL OFFENSE LEVEL 21 | PHOTO |
|---|---|---|---|---|
| COMMENCED 02/01/2024 | | | | |
| EXPIRATION 01/31/2027 | | | | |
| ASST. U.S. ATTORNEY Ranya Elzein | | DEFENDANT ATTORNEY To Be Determined | | |

**REPORT PURPOSE**

**EMERGENCY JUDICIAL RESPONSE REQUESTED**

**ORIGINAL OFFENSE**

Count 2: 21 U.S.C. § 841, Conspiracy to Possess With Intent to Distribute Controlled Substances

**SENTENCE DISPOSITION**

Custody of the Bureau of Prisons for a term of 70 months to run concurrently to the defendant's undischarged Michigan Department of Corrections sentence, to be followed by a three-year term of supervised release.

Sentence Reduction: January 25, 2024, Order Regarding Motion for Sentence Reduction pursuant to 18 U.S.C. § 3582(c)(2), custodial sentence was reduced to 57 months. All other conditions of the original judgment remain in full force and effect.

**ORIGINAL SPECIAL CONDITIONS**

1. You must submit to substance abuse testing to determine if you have used a prohibited substance.
2. You must participate in a substance abuse treatment program and follow the rules and regulations of that program. The probation officer in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

Criminal Monetary Penalty: Special Assessment $100.00 (paid).

| PROB 12C-2 (Rev. 08/18) | **VIOLATION REPORT** Emergency Warrant Request | U. S. Probation Office Eastern District of Michigan | PACTS 5900053 | DATE 06/14/2024 |
|---|---|---|---|---|
| **NAME** EVANS, Guy Jerome | **OFFICER** Kyle Cordova | | **JUDGE** George Caram Steeh II | **DOCKET #** 2:18CR20826-002 |

The probation officer believes that the offender has violated the following conditions of Supervised Release:

[X] New Criminal Charges  [ ] Violent Conduct

[ ] Whereabouts Unknown (Absconder)  [ ] Other

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| 1 | **Violation of Mandatory Condition:** "YOU MUST NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME."<br><br>According to the Detroit Police Department (DPD), Detroit, Michigan police report, EVANS was arrested on June 11, 2024, and charged with Count 1: Breaking and Entering a Building With Intent; and Count 2: Larceny in a Building. On June 11, 2024, DPD Officers responded to a verified alarm at the Dollar General store on East Jefferson in Detroit, Michigan. Upon arriving, DPD officers noted that EVANS was standing near a vehicle, talking with the occupants. DPD officers activated their emergency lights and ordered EVANS and the vehicle to stop, wherein, he fled on foot and the vehicle fled in a separate direction. After a short foot pursuit, EVANS was detained in a nearby parking lot. DPD officers indicated that security footage was reviewed, and positively identified EVANS as one of the suspects for larceny at the Dollar General store. After booking EVANS at the Detroit Detention Center, DPD officers returned to the scene and retrieved a pair of white and blue gloves as well as a black ski mask that had been discarded near where EVANS was arrested.<br><br>On June 13, 2024, EVANS appeared in the 36th District Court, Detroit, Michigan, Case No. 2405774701, before Magistrate Ramsey Health for an arraignment on Count 1: Breaking and Entering a Building With Intent and Count 2: Larceny in a Building and he plead not guilty to both charges. He was given a personal bond set at $75,000.00. A Probable Case hearing is scheduled for June 25, 2024, at 8:30 a.m. before Judge Giles. |

| I declare under penalty of perjury that the foregoing is true and correct. **PROBATION OFFICER**<br><br>s/Kyle Cordova/slg<br>313-942-7962 | **DISTRIBUTION**<br><br>Court |
|---|---|
| **SUPERVISING PROBATION OFFICER**<br><br>s/Tracy Kosmas<br>313-234-5272 | **PROBATION ROUTING**<br><br>Data Entry |

| PROB 12C-2 (Rev. 08/18) | **VIOLATION REPORT** Emergency Warrant Request | U. S. Probation Office Eastern District of Michigan | PACTS 5900053 | DATE 06/14/2024 |
|---|---|---|---|---|
| NAME EVANS, Guy Jerome | OFFICER Kyle Cordova | | JUDGE George Caram Steeh II | DOCKET # 2:18CR20826-002 |

### RECOMMENDING TO THE COURT

[X]  To issue a warrant

## Superseding Violation Report will follow

### THE COURT ORDERS:

[X]  The issuance of a Warrant.

[ ]  Other

s/George Caram Steeh
United States District Judge

6/17/2024
Date