| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 5900053 | **DATE** 11/19/2025 |
|---|---|---|---|---|
| **NAME** EVANS, Guy Jerome | **OFFICER** DeAndre M. Caldwell | **JUDGE** Brandy R. McMillion | | **DOCKET #** 18-CR-20826-02 |

| ORIGINAL SENTENCE DATE | SUPERVISION TYPE | CRIMINAL HISTORY CATEGORY | TOTAL OFFENSE LEVEL | PHOTO |
|---|---|---|---|---|
| 10/28/2019 | Supervised Release | IV | 21 | |
| **COMMENCED** 02/01/2024 | **REVOCATION DATE** 11/05/2024 | | | |
| **EXPIRATION** 04/27/2026 | **RECOMMENCED** 04/28/2025 | | | |
| **ASST. U.S. ATTORNEY** Rayna Elzein | **DEFENSE ATTORNEY** To Be Determined | | | |

**REPORT PURPOSE**

**TO ISSUE A WARRANT**

**ORIGINAL OFFENSE**

Count 2: 21 U.S.C. § 841, Conspiracy to Possess with Intent to Distribute Controlled Substances

**SENTENCE DISPOSITION**

Custody of the Bureau of Prisons for a term of 70 months to run concurrently to the defendant's undischarged Michigan Department of Corrections sentence, to be followed by a 3-year term of supervised release.

Name of Sentencing Judicial Officer: Honorable George Caram Steeh III. Case reassigned to the Honorable Brandy R. McMillion on 07/10/2024.

**Sentence Reduction:** 01/25/2024: Order Regarding Motion for Sentence Reduction pursuant to 18 U.S.C. § 3582(c)(2), custodial sentence was reduced to 57 months. All other conditions of the original judgment remain in full force and effect.

**Revocation Sentence:** 11/05/2024: Custody of the Bureau of Prisons for a term of 12 months and 1 day, to be served concurrent with any state term of incarceration, to be followed by a 12-month term of supervised release. Special conditions ordered: "The defendant must submit to substance abuse testing." and "The defendant must participate in a substance abuse treatment program as approved by the Probation Department."

**Amended Revocation Sentence:** 11/06/2024: All custody, supervision terms and special conditions remain as previously ordered.

**ORIGINAL SPECIAL CONDITIONS**

1. You must submit to substance abuse testing to determine if you have used a prohibited substance.

| PROB 12C (Rev. 08/18) | VIOLATION REPORT PART 1: PETITION FOR WARRANT | U. S. Probation Office Eastern District of Michigan | PACTS 5900053 | DATE 11/19/2025 |
|---|---|---|---|---|
| NAME EVANS, Guy Jerome | OFFICER DeAndre M. Caldwell | JUDGE Brandy R. McMillion | | DOCKET # 18-CR-20826-02 |

2. You must participate in a substance abuse treatment program and follow the rules and regulations of that program.  The probation officer in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

   Criminal Monetary Penalty: Special Assessment $100.00 (paid).

The probation officer believes that the offender has violated the following conditions of Supervised Release:

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| 1 | **Violation of Mandatory Condition:** "YOU MUST NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME."<br><br>On October 30, 2025, officers from the Detroit Police Department (DPD) in Detroit, Michigan arrested EVANS inside the Amoco Gas Station at 20581 Mound Rd. in Detroit, Michigan for Breaking and Entering. It is alleged EVANS was involved with the burglary of Galaxy Liquor Store located at 14520 Stephens Rd. in Warren, Michigan on October 22, 2025, report number 25-58427. The Warren Police Department in Warren, Michigan advised that a 2019 Red GMC Sierra with a Michigan license plate (plate number: EHD8209) was involved in the burglary and a large amount of Michigan lottery tickets were stolen from the location. Furthermore, Harper Woods Police Department in Harper Woods, Michigan also responded to two burglaries of businesses on October 22, 2025, involving the same GMC Sierra pickup truck.<br><br>Per report number 251104-0157 from the Detroit Police Department (DPD). DPD officers prepared a search warrant to place a tracking device on a tan 2008 GMC Yukon, Michigan plate DG23117 which was involved with several burglaries. Officers observed the GMC Yukon stopped at 11603 E. 7 Mile at approximately 5:55 a.m. on October 22, 2025. DPD officers reviewing security camera footage, observed the driver to be Rayshaud Ray. The GMC Yukon was observed in the area of 14520 Stephens Rd. during the time of the burglary. Later in the morning, the GMC Yukon drove to over 20 gas Stations and liquor stores in Detroit and Warren. DPD officers reviewed security cameras at multiple locations and observed EVANS driving the GMC Yukon and walking into the stores holding several lottery tickets. Michigan lottery confirmed that Rayshaud Ray's account scanned the stolen lottery tickets on October 22, 2025.<br><br>Detroit Police Department Tactical Service Section (TSS) executed a search warrant at EVANS' girlfriend, Ashley Jones' residence located at 5724 Amberwood Drive. Apt 201 in Sterling Heights, Michigan. DPD recovered a brown hoodie with a champions logo in the most rear bedroom of the apartment, a rifle magazine was recovered from a drawer in the kitchen with two letters with EVANS name on it with the address 5724 Amberwood Drive Apt. 201 Sterling Heights, Michigan. |

| PROB 12C (Rev. 08/18) | VIOLATION REPORT PART 1: PETITION FOR WARRANT | U. S. Probation Office Eastern District of Michigan | PACTS 5900053 | DATE 11/19/2025 |
|---|---|---|---|---|
| NAME EVANS, Guy Jerome | OFFICER DeAndre M. Caldwell | JUDGE Brandy R. McMillion | | DOCKET # 18-CR-20826-02 |

EVANS is currently in custody of Michigan Department of Corrections (MDOC) and is being lodged at the Macomb Parole Violation Unit in the Macomb Correctional Facility in Lenox Township, Michigan. No charges have been filed at the time of this report. However, this officer has spoken with the Warren Police Department and the Detroit Police Department, both agencies are actively investigating EVANS for the above-mentioned offenses.

I declare under penalty of perjury that the foregoing is true and correct.

PROBATION OFFICER
s/DeAndre M. Caldwell/djl/lnb
313-234-5441

DISTRIBUTION
Court

SUPERVISING PROBATION OFFICER
s/Tracy Kosmas
313-234-5272

PROBATION ROUTING
Data Entry

**THE COURT ORDERS:**

[ X ]   The issuance of a warrant to be filed as a detainer with the Macomb Correctional Facility in Lenox Township, Michigan.

[ ]   Other

s/Brandy R. McMillion
United States District Judge

11/19/2025
Date

Page 3 of 3